UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:15-CR-101-T-30TGW

SEMAIRE PAUL,
JOHNSON CHERUBIN
TEFFAN DELICE,
ALFRED INCE,
ARKINE JOHN

**FINAL JUDGMENT OF FORFEITURE**

THIS CAUSE comes before the Court upon the United States' Motion for a Final Judgment of Forfeiture (Doc. 208), pursuant to 21 U.S.C. § 853(n)(7) and Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure, for $53,369.15 in United States currency, which is the total amount seized from all conspirators, on March 8, 2015.

On September 4, 2015, the Court entered a Preliminary Orders of Forfeiture for the funds described above for defendants' Teffan Delice, Arkine John, Johnson Cherubin, Alfred Ince, pursuant to 21 U.S.C. § 853.  Docs. 120-123.

On January 8, 2016, the Court entered a Preliminary Order of Forfeiture for the funds described above for defendant Semarie Paul, pursuant to 21 U.S.C. § 853.  Doc. 161.

The Court finds that in accordance with 21 U.S.C. § 853(n) and Rule 32.2(b)(6)(C), the United States published notice of the forfeiture and of its intent

to dispose of the funds on the official government website, www.forfeiture.gov, from January 9, 2016 through February 7, 2016.  Doc. 199.  The publication gave notice to all third parties with a legal interest in the funds to file with the Office of the Clerk, United States District Court, Middle District of Florida, Sam Gibbons Federal Courthouse, 2nd Floor, 801 North Florida Avenue, Tampa, Florida 33602, a petition to adjudicate their interests within 60 days of the first date of publication.  No third party has filed a petition or claimed an interest in the funds, and the time for filing such petition has expired.

No person, other than the defendants', and all co-conspirators related to the funds seized on March 8, 2015, whose interests were forfeited to the United States in their Preliminary Order of Forfeiture, respectively, are known to have any potential interest in the funds.  No additional party has filed a petition or claimed an interest in the funds, and the time for filing a petition has expired.

Accordingly, it is hereby:

ORDERED, ADJUDGED, and DECREED that for good cause shown, the United States' motion (Doc. 208) is GRANTED.

It is FURTHER ORDERED that pursuant to 21 U.S.C. § 853(n)(7) and Federal Rule of Criminal Procedure 32.2(c)(2), all right, title and interest in the $53,369.15 in United States currency is CONDEMNED and FORFEITED to the United States for disposition according to law.

Clear title to the funds is now vested in the United States of America.

DONE and ORDERED in Tampa, Florida, this 13th day of April, 2016.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2015\15-cr-101 forfeit 208.docx

3